**Elias Weiss, appellee, v. A. G. Boggiano, appellant. Gen. No. 27,155.**

Action to recover money deposited as security. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William L. Morgan, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed June 26, 1922. Rehearing denied and opinion modified July 10, 1922.

Alonzo M. Griffen, for appellant. Benjamin E. Cohen, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

**The People of the State of Illinois, appellee, v. Rudolph Rosner, appellant. Gen. No. 27,414.**

Prosecution for practicing medicine and surgery without a license. Defendant convicted. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in this court at the October term, 1921. Appeal dismissed. Opinion filed June 26, 1922. Rehearing denied July 10, 1922.

Richard J. Cooney and John A. Verhoeven, for appellant. Edward J. Brundage, special appearance, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

**The People of the State of Illinois ex rel. Albert W. Grantier, defendant in error, v. City of Chicago et al., plaintiffs in error. Gen. No. 24,960.**

Mandamus to compel reinstatement of relator in the police department. Writ awarded. Error to the Circuit Court of Cook county; the Hon. Thomas Taylor, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded with directions. Opinion filed June 26, 1922.

Samuel A. Ettelson, for plaintiffs in error; Roy S. Gaskill, of counsel. No appearance for defendant in error.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**Jack Lund and Ethel Kendall Lund, trading as "Merry Garden," appellees, v. United States Fidelity & Guaranty Company, appellant. Gen. No. 26,471.**

Action upon a policy of burglary insurance. Judgment for plaintiffs. Appeal from the Superior Court of Cook county; the Hon. Joseph H. Fitch, Judge, presiding. Heard in this court at the October term, 1920. Reversed with judgment of *nil capiat*. Matchett, J., dissenting. Opinion filed June 26, 1922. Rehearing denied July 10, 1922. *Certiorari* denied by Supreme Court (making opinion final).

Zimmerman, Mack & Garrett, for appellant. Charles J. O'Connor and Roderick H. O'Connor, for appellees.

Mr. Presiding Justice McSurely delivered the opinion of the court.